# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-1956-cr(L); 17-1969; 17-2844; 17-2866

**Caption [use short title]**

**Motion for:** Leave to File Supplemental Addendum

**Set forth below precise, complete statement of relief sought:**

Appellant Brett Lillemoe seeks leave to file a Supplemental Addendum that would, for the Court's convenience, reproduce excerpts of legal sources that are cited in Appellants' briefs but that are not easily accessible on standard legal research portals.

**United States of America v. Lillemoe, et al.**

**MOVING PARTY:** Brett C. Lillemoe  
**OPPOSING PARTY:** United States of America

[ ] Plaintiff  [✓] Defendant  
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** David C. Frederick  
**OPPOSING ATTORNEY:** Michael S. McGarry; Sandra S. Glover

*[name of attorney, with firm, address, phone number and e-mail]*

Kellogg, Hansen, Todd, Figel & Frederick, PLLC  
1615 M. Street, NW Suite 400 Washington, DC 20036  
202-326-7900; dfrederick@kellogghansen.com

United States Attorney's Office for the District of Connecticut  
157 Church Street, 25th Floor, New Haven, CT 06510  
(203) 821-3700, michael.mcgarry@usdoj.gov

**Court- Judge/ Agency appealed from:** District of Connecticut, Hon. Janet C. Hall, USDJ

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:  
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:  
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes  [ ] No  
Has this relief been previously sought in this court?  [ ] Yes  [ ] No  
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ David C. Frederick  **Date:** July 16, 2018  **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

No. 17-1956-cr(L),
(consolidated with Nos. 17-1969-cr, 17-2844-cr, 17-2866-cr)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff – Appellee*,

v.

SARAH ZIRBES,
*Defendant*,
and

PABLO CALDERON, BRETT C. LILLEMOE,
*Defendants – Appellants.*

On Appeals from the United States District Court for the
District of Connecticut, No. 3:15-cr-25(JCH), Hon. Janet C. Hall

## UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL ADDENDUM

David C. Frederick
Brendan J. Crimmins
Andrew E. Goldsmith
Benjamin S. Softness
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dfrederick@kellogghansen.com

*Counsel for Appellant Brett C. Lillemoe*

July 16, 2018

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 27.1, Defendant-Appellant Brett C. Lillemoe requests leave to file the Supplemental Addendum attached as Exhibit 1. For the Court's convenience, the Supplemental Addendum contains excerpts of seven legal sources that are cited in Appellants' briefs. *See*, *e.g.*, Lillemoe Principal Br. 17-18, 27-29, 30, 33, 37. These sources are not easily available through standard research portals, such as Westlaw or LexisNexis. For that reason, good cause exists to grant the relief requested in this motion. *See* Fed. R. App. P. 2.

Undersigned counsel has contacted counsel for the United States as well as Defendant-Appellant Pablo Calderon (*pro se*), and is authorized to represent that neither the United States nor Mr. Calderon opposes or intends to file a response to this motion.

                                                Respectfully submitted,

                                          /s/ *David C. Frederick*
                                      David C. Frederick
                                      Brendan J. Crimmins
                                      Andrew E. Goldsmith
                                      Benjamin S. Softness
                                      KELLOGG, HANSEN, TODD,
                                          FIGEL & FREDERICK, P.L.L.C.
                                      1615 M Street, N.W., Suite 400
                                      Washington, D.C. 20036
                                      (202) 326-7900
                                      dfrederick@kellogghansen.com

July 16, 2018

# CERTIFICATE OF COMPLIANCE

In accordance with Federal Rule of Appellate Procedure 27(d), the undersigned certifies that this motion complies with the applicable type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 27(d)(2), this motion contains 131 words.

The undersigned further certifies that this motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Word 2013 in 14-point Times New Roman font.

                                              /s/ *David C. Frederick*
                                              David C. Frederick

July 16, 2018